```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID DE LOS SANTOS,

                              Plaintiff,                      24-CV-8489 (KHP)

        -against-                                    **POST-CONFERENCE ORDER**

UNITED STATES OF AMERICA, et al.,

                              Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 14, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference, the parties shall file a Joint Status Letter updating the Court on the status of discovery and any significant case developments **by October 14, 2025**.

        **SO ORDERED.**

DATED:  August 14, 2025
             New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge