**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAVID DE LOS SANTOS,

                                    Plaintiff,

               -against-

UNITED STATES OF AMERICA, et al.,

                                    Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/18/2026__

**24-CV-8489 (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 18, 2026, the parties appeared before the undersigned for a case management conference.  As discussed at the conference and set forth below:

Counsel for Plaintiff is directed to review its discovery production to determine whether it has produced employment, tax, or any other records substantiating Plaintiff's claim for lost wages.  In the event that the documents have not yet been produced, Plaintiff is directed to produce such records by **May 25, 2026**.

Expert discovery deadlines are set as follows: Affirmative expert reports are due **June 30, 2026**; Rebuttal expert reports are due **July 31, 2026**, and any depositions of expert witnesses must be completed by **August 14, 2026**.  **August 14, 2026** will also mark the close of expert discovery.

A bench trial has also been tentatively scheduled for **November 4-5, 2026**.  Counsel is directed to confirm witness availability for those dates and file a joint status letter by **June 8, 2026,** informing the court as to the status of fact discovery and indicating whether the trial date set forth above is agreeable.

**SO ORDERED.**

DATED:  May 18, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2