USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DAVID DE LOS SANTOS,

Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

Defendants.

---------------------------------------------------------------X

**24-CV-8489 (KHP)**

**SETLEMENT CONFERENCE REFERRAL ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Honorable Ona T. Wang will preside over a settlement conference in this matter. The parties are directed to contact Judge Wang's chambers to schedule a settlement conference, proposing a mutually agreeable date for the conference.

**SO ORDERED.**

DATED: New York, New York
July 21, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge